AO91 (Rev. 12/03) Criminal Complaint

PRM 1/11/05

United States Courts
Southern District of Texas
FILED

DEC 1 4 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

**HOUSTON DIVISION**

UNITED STATES OF AMERICA
V.

Bernabe LOPEZ-Olmos
YOB: 1988
Mexican Citizen

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

**H15-1699M**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __December 13, 2015__ in __Harris__ County, in the __Southern__ District of __Texas__ defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly and intentionally possess with the intent to distribute a controlled substance. The controlled substance involved was more than 500 grams of a mixture or substance containing detectable amount of methamphetamine, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 841(b)(1)(A)__.

I further state that I am a(n) __D.E.A. Special Agent__ and that this complaint is based on the following facts:

See attachment in Support of Criminal Complaint.

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

Approved by: *Anibal J. Alaniz*
AUSA

Signature of Complainant

Jaime A. Fernandez
Printed Name of Complainant

Sworn to before me and signed in my presence, and I find probable cause.

December 14, 2015                                   at   Houston                    Texas
Date                                                     City                       State

Nancy K. Johnson        United States Magistrate Judge
Name of Judge           Title of Judge                    Signature of Judge

## ATTACHMENT TO CRIMINAL COMPLAINT

On December 13, 2015, based on ongoing court authorized interception of wire communications, agents obtained information that Bernabe LOPEZ-Olmos (hereinafter referred to as "LOPEZ-Olmos") would be picking up an unknown quantity of methamphetamine from an unknown individual in Houston, TX. Agents established surveillance on LOPEZ-Olmos who was driving a white Chevrolet Tahoe bearing Texas Temporary plate 790637D registered to Amalia Beltran, 13805 Boudreaux #2, Tomball, TX. The unknown individual called LOPEZ-Olmos and told LOPEZ-Olmos that he had the "work" (methamphetamine) and was traveling to his house. LOPEZ-Olmos told the unknown individual that he was eating with his wife and he would call him back in an hour. The unknown individual then told LOPEZ-Olmos that he would call LOPEZ-Olmos when he arrived at this house so that LOPEZ-Olmos could come to get the "work" (methamphetamine). During this time, LOPEZ-Olmos was coordinating the distribution of the methamphetamine to others.

Subsequently, the unknown individual called LOPEZ-Olmos and told LOPEZ-Olmos that he had arrived at his house. Agents followed LOPEZ-Olmos to a residence in the 6900 block of Winding Trace, Houston, TX. Agents saw LOPEZ-Olmos meet with an unknown male in the driveway of the house and then both LOPEZ-Olmos and the unknown male walked into the house. A short time

later, agents saw LOPEZ-Olmos leaving the residence and agents followed LOPEZ-Olmos as he traveled towards Highway 249. As LOPEZ-Olmos traveled north on Highway 249, a Texas Department of Public Safety Trooper conducted a traffic stop on the white Chevrolet Tahoe and identified LOPEZ-Olmos as the driver. The Trooper identified the passengers as LOPEZ-Olmos' wife, Amedia NUŇEZ-Beltran (hereinafter referred to as "NUŇEZ-Beltran") and two young children. During the traffic stop, LOPEZ-Olmos granted the Trooper consent to search the vehicle. On the passenger side floorboard the Trooper found a clear plastic container with a crystal-like substance wrapped in black plastic inside and some cocaine in NUNEZ-Beltran's purse. The Trooper placed LOPEZ-Olmos and NUNEZ-Beltran into custody and transported them to the Tomball Police Department (hereinafter referred to as "TPD") station in Tomball, TX.

[THIS SPACE LEFT INTENTIONALLY BLANK]

At the TPD station, LOPEZ-Olmos waived his Miranda rights and told agents that the controlled substances inside the vehicle belonged to him. The crystal-like substance weighed approximately 675 grams and it field tested positive for methamphetamine.

_____
Jaime A. Fernandez
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me on this 14th day of December, 2015 and I find probable cause.

_____
Nancy K. Johnson
UNITED STATES MAGISRTATE JUDGE